**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6003**

_____

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

          v.

JAMMY DERONE LEGETTE,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:04-cr-00795-TLW-1)

_____

Submitted:  May 19, 2011                    Decided:  May 23, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit
Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Jammy Derone Legette, Appellant Pro Se. Arthur Bradley Parham,
Assistant United States Attorney, Florence, South Carolina, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jammy Derone Legette appeals the district court's order denying his motion to withdraw his guilty plea. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Legette, No. 4:04-cr-00795-TLW-1 (D.S.C. filed Dec. 10 and entered Dec. 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED